AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

William Ringler

*Plaintiff(s)*

v.    Civil Action No. 17-423

Norwin Technologies

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Norwin Technologies
300 Rosewood Drive
Danvers, MA 01923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph H. Chivers, Esquire
100 First Avenue, Suite 650
Pittsburgh, PA 15222
jchivers@employmentrightsgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

04/05/2017
Date

*Marissa A. Olean*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-423

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Norwin Technologies
was received by me on *(date)* April 7, 2017.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mark Libeskind, Delivery Manager who is designated by law to accept service of process on behalf of *(name of organization)* Norwin Technologies at 300 Rosewood Drive, Danvers, MA 01923 on *(date)* April 10, 2017 @ 2:55 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 14, 2017

*Server's signature*

Brad Mehring
*Printed name and title*
**Process Server & Disinterested Person**

92 State Street, 8th Floor,
Boston, MA 02109
*Server's address*

Additional information regarding attempted service, etc:

Documents Served:
1. Summons; and
2. Complaint