IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| WILLIAM RINGLER, on behalf of himself and similarly situated employees, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 2:17-CV-00423-AJS |
| v. | ) ) ) ) | INDIVIDUAL AND COLLECTIVE/ CLASS ACTION COMPLAINT |
| NORWIN TECHNOLOGIES, | ) ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KATHRYN J. HINTON

Kathryn J. Hinton, undersigned counsel for Defendant, **Norwin Technologies**, hereby moves that Kathryn J. Hinton be admitted to appear and practice in this Court in the above-captioned matter as counsel Pro Hac Vice for Defendant, **Norwin Technologies** in the above-captioned matter pursuant to LCVR 83.2 and LCVR 83.3, LCRR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Kathryn J. Hinton filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted this 31st day of May, 2017.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

*/s/  Kathryn Hinton*
Kathryn Hinton, Esq.
(Pro Hac Vice Applicant)
GA Bar No. 542930
Monarch Plaza, Suite 1600
3414 Peachtree Road N.E.
Atlanta, Georgia 30326
Phone: (678) 406-6000
Fax:    (404) 221-6501
Email: khinton@bakerdonelson.com


**JACKSON LEWIS P.C.**

Marla N. Presley
PA ID No. 91020
Email: Marla.presley@jacksonlewis.com
Joanna M. Rodriguez
PA ID No. 318853
Email:joanna.rodriguez@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 232-0404 | Telephone
(412) 232-3441 | Facsimile


Attorneys for Defendant

2

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| WILLIAM RINGLER, on behalf of himself and similarly situated employees, ) ) ) Plaintiff, ) ) v. ) ) ) ) NORWIN TECHNOLOGIES, ) ) Defendant. ) | CIVIL ACTION FILE NO. 2:17-CV-00423-AJS  INDIVIDUAL AND COLLECTIVE/ CLASS ACTION COMPLAINT |

**AFFIDAVIT OF KATHRYN J. HINTON IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Kathryn J. Hinton, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel Pro Hac Vice for Defendant, Norwin Technologies, in the above-captioned matter pursuant to LCVR 83.2 and LCVR 83.3, LCRR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Kathryn J. Hinton, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

2. My business address is Monarch Plaza, Suite 1600, 3414 Peachtree Road N.E., Atlanta, Georgia 30326.

3. I am a member in good standing of the bar of Georgia.

4. My bar identification number is 542930.

5. A current certificate of good standing from Bar of Georgia is attached to this Affidavit as Exhibit A.

6. I am presently a member in good standing and eligible to practice in all courts in which I have been admitted. Further, no disciplinary or grievance proceedings have been filed or are pending which involve me.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted Pro Hac Vice admission in this matter. I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: May 31, 2017

/s/ Kathryn J. Hinton
Kathryn J. Hinton

4

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| WILLIAM RINGLER, on behalf of himself and similarly situated employees, ) ) ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 2:17-CV-00423-AJS |
| v. ) | |
| ) | INDIVIDUAL AND COLLECTIVE/ |
| ) | CLASS ACTION COMPLAINT |
| NORWIN TECHNOLOGIES, ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the forgoing *Motion to Appear Pro Hac Vice of Kathryn J. Hinton* will be served via the Court ECF notification systems which sends notice to all parties as follows:

Joseph H. Chivers, Esq.
First & Market Building
Suite 650, 100 First Avenue
Pittsburgh, PA 15222

John R. Linkosky, Esq.
John Linkosky & Associates
715 Washington Avenue
Carnegie, PA 15106

Dated: May 31, 2017

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

*/s/ Kathryn Hinton*
Kathryn Hinton, Esq.