UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------ x
                                                  :

WILLIAM RINGLER,
on behalf of himself and
similarly situated employees,        : Civil Action No. 2:17-423 AJS

            *Plaintiff*,

                v.                  : Electronically Filed

NORWIN TECHNOLOGIES,

            *Defendant.*

------------------------------------------------------ x

**Order Granting Plaintiffs' Unopposed Motion
for Preliminary Approval of the Settlement Agreement**

AND NOW, this __12th__ day of __October__, 2017, upon consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants Plaintiffs' Motion and ORDERS as follows:

1.       The parties' Settlement Agreement is preliminarily approved as fair, reasonable and adequate, and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2.       For settlement purposes, Plaintiff's FLSA claims are conditionally certified pursuant to 29 U.S.C. § 216(b), pending final approval of the settlement.

3.       A person who opts into this conditionally certified collective action through the mechanism established in 29 U.S.C. § 216(b) by the deadline provided in the Final Settlement Notice will be entitled to sharing in the settlement proceeds as described in the Settlement Agreement.

4. Class Counsel is appointed as the Settlement Administrator.

5. Plaintiffs William Ringler and Alexandria Jones are appointed and designated, for all purposes, as the representatives of the Settlement Class.

6. Joseph H. Chivers, Esquire, and John R. Linkosky, Esquire, are appointed and designated as Class Counsel. Class Counsel are authorized to act on behalf of the Class Members (i.e., those individuals who opt into this action pursuant to 216(b) of the FLSA) with respect to all acts or consents required by, or which may be given pursuant to, the Settlement, and such other acts that are reasonably necessary to consummate the Settlement.

7. The proposed Preliminary Settlement Notice and Notice of Interest Form (attached to the Settlement Agreement as Exhibit 1) and the Final Settlement Notice and Opt-In Claim Form (attached to the Settlement Agreement as Exhibit 2) are approved and shall be sent out pursuant to the terms of the Settlement Agreement.

8. The Court preliminarily approves the proposed Service Awards of $11,500 to Class Representative William Ringler and $5,000 to Class Representative Alexandria Jones.

9. The Court preliminarily approves the payment of up to $4,000 in Participating Class Member Service Awards representing an amount equal to 10% of each Participating Class Member's Settlement Award as a further inducement for the Participating Class Members to participate in the settlement in accordance with the terms described in Pars. 24(d) and 28 of the Settlement Agreement.

10. The Court preliminarily approves the payment of up to $15,000 to up to three of the opt-in Plaintiffs for payment of alleged straight-time wages billed but not paid.

11. The Court preliminarily approves the proposed award of attorneys' fees to Class Counsel in the amount of $46,620 as set forth in the Settlement Agreement.

12. The Court preliminarily approves the proposed award of $5,000 to Class Counsel for litigation costs and the expenses in administering settlement of this matter.

13. The Court preliminarily approves the proposed Participating Class Member Special Incentive Awards of a combined $15,000 to be distributed equally among the Participating Class Members if all conditions are met in ¶ 24(d) of the Settlement Agreement;

14. The Court preliminarily approves the American Red Cross's Hurricane Relief Fund as the Parties' agreed-upon *cy pres* recipient;

15. The following schedule and procedures for completing the final approval process, as set forth in the Settlement Agreement, are hereby approved:

| | |
|---|---|
| Defendant to provide Settlement Administrator (Class Counsel) with spreadsheet listing home address and email address of each Settlement Class Member | Within five (5) business days after the Court's Preliminary Approval Order |
| Mailing of Preliminary Settlement Notice and Notice of Interest Form | Within five (5) business days after receiving contact information spreadsheet from Defendant |
| Deadline to return Notice of Interest Form | Within thirty (30) days after Class Counsel initially mails the Preliminary Notice and Notice of Interest Form to the putative Class Members |
| Mailing of Final Notice and Opt-In Claim Form | Within thirty (30) days of the Court's Preliminary Approval Order if Notice of Interest Form is returned |
| Deadline to return Opt-In Claim Form | Within thirty (30) days after Class Counsel initially mails the Final Settlement Notice and Opt-In Claim Form to the putative Class Members |
| Plaintiffs' Motion for Approval of Attorneys' Fees and Costs | At least seven (7) days before the Final Approval Hearing |
| Plaintiffs' Motion for Final Approval | At least seven (7) days before the Final Approval Hearing |

16. The Final Approval Hearing is hereby set for MARCH 13, 2018, at 9:30 a.m./p.m., in Courtroom 7C, United States Courthouse, 700 Grant Street, Pittsburgh, PA 15219.

3

BY THE COURT:

_____
Honorable Arthur J. Schwab
United States District Judge