UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- x
: 
**WILLIAM RINGLER,** :
on behalf of himself and :
similarly situated employees, :
: Civil Action No. 2:17-423 AJS
*Plaintiff*, :
:
v. : Electronically Filed
:
**NORWIN TECHNOLOGIES,** :
:
*Defendant.* :
:
------------------------------------------------------- X

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs William Ringler and Alexandria Jones ("Plaintiffs"), respectfully move this Court for an Order:

1. Granting final approval of the parties' Settlement Agreement, submitted to the Court at Dkt. No. 56-1;

2. Certifying the FLSA claims pursuant to 29 U.S.C. § 216(b);

3. Finally approving Plaintiffs William Ringler and Alexandria Jones as the Representatives of the Settlement Class, and approving the service awards totaling $16,500 ($11,500 to Mr. Ringler and $5,000 to Ms. Jones) for their service to the Settlement Class and in exchange for their additional released claims in favor of Defendant;

4. Finally approving The Employment Rights Group and John R. Linkosky, Esquire, as Class Counsel for the Settlement Class, and approving Class Counsel's attorneys' fees in the amount of $46,620 and costs in the amount of $3,845;

5. Finally approving the payment of up to $4,000 in Participating Class Member Service Awards representing an amount equal to 10% of each Participating Class Member's Settlement Award as a further inducement for the Participating Class Members to participate in the settlement in accordance with the terms described in Pars. 24(d) and 28 of the Settlement Agreement;

6. Finally approving the payment of up to $15,000, less required withholdings, to up to three of the opt-in Plaintiffs for payment of alleged straight-time wages billed but not paid;

7. Finally approving the proposed Participating Class Member Special Incentive Awards of a combined $15,000 to be distributed equally among the Participating Class Members if all conditions are met in ¶ 24(d) of the Settlement Agreement;

8. Finally approving the American Red Cross's Hurricane Relief Fund as the Parties' agreed-upon *cy pres* recipient;

9. Finally approving Class Counsel as the Settlement Administrator; and

10. Dismissing this class and collective action with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Joseph H. Chivers of The Employment Rights Group, and all other records, pleadings and papers on file in this action.

A proposed Order is submitted for the Court's consideration.

Dated: March 1, 2018

By:   /s/ Joseph H. Chivers
Joseph H. Chivers (PA 39184)
THE EMPLOYMENT RIGHTS GROUP
100 First Avenue, Suite 650
Pittsburgh, PA  15222
Tel.:  (412) 227-0763
jchivers@employmentrightsgroup.com

John R. Linkosky (PA 66011)

JOHN LINKOSKY & ASSOCIATES
715 Washington Avenue
Carnegie, PA 15106
Tel.: (412) 278-1280
linklaw@comcast.net

*Counsel for Plaintiffs*
*and all others similarly situated*

## Certificate of Service

I hereby certify that, on this 1st day of March, 2018, a true and correct copy of the foregoing **Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement** was filed electronically via the Court's CM/ECF system, which will send notice and copies to counsel of record.

                By: /s/ Joseph H. Chivers
                     Joseph H. Chivers, Esq.
                     THE EMPLOYMENT RIGHTS GROUP
                     100 First Avenue, Suite 650
                     Pittsburgh, PA  15222
                     jchivers@employmentrightsgroup.com
                     Tel.:  (412) 227-0763

                     *Counsel for Plaintiffs*
                     *and all others similarly situated*