UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------- x

WILLIAM RINGLER,
on behalf of himself and
similarly situated employees,

        *Plaintiff*,

        v.

NORWIN TECHNOLOGIES,

        *Defendant.*

------------------------------------------------- X

Civil Action No. 2:17-423 AJS

Electronically Filed

## ORDER GRANTING
## FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this **13th** day of **March**, 2018, upon consideration of Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement, the Court grants the Motion and ORDERS as follows:

1. The Parties' Settlement Agreement (Dkt. No. 56-1) is finally approved as fair, reasonable and adequate, and a fair and reasonable resolution of a *bona fide* dispute;

2. Plaintiffs' FLSA claims are finally certified pursuant to 29 U.S.C. § 216(b);

3. Plaintiffs William Ringler and Alexandria Jones are finally approved as the Representatives of the Settlement Classes, and the proposed service awards in the amount totaling $16,500 ($11,500 to Mr. Ringler and $5,000 to Ms. Jones) for their service to the Class and in exchange for their additional released claims in favor of Defendant is approved;

4. The Employment Rights Group and John R. Linkosky, Esquire, are approved as Class Counsel for the Settlement Class;

5. Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs is granted, and payment of attorneys' fees in the amount of $46,620 and costs in the amount of $3,845 are finally approved;

6. The payment of up to $4,000 in Participating Class Member Service Awards representing an amount equal to 10% of each Participating Class Member's Settlement Award as a further inducement for the Participating Class Members to participate in the settlement in accordance with the terms described in Pars. 24(d) and 28 of the Settlement Agreement is finally approved;

7. The payment of up to $15,000, less required withholdings, to up to three of the opt-in Plaintiffs for payment of alleged straight-time wages billed but not paid is finally approved;

8. The proposed Participating Class Member Special Incentive Awards of a combined $15,000 to be distributed equally among the Participating Class Members if all conditions are met in ¶ 24(d) of the Settlement Agreement is finally approved;

9. The American Red Cross's Hurricane Relief Fund as the Parties' agreed-upon *cy pres* recipient is finally approved; and,

10. Class Counsel is finally approved as the Settlement Administrator.

11. The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

12. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiffs, the certified class, and

Defendant for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

BY THE COURT:

_____
Honorable Arthur J. Schwab
United States District Judge