UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------- x
:
WILLIAM RINGLER, :
on behalf of himself and :
similarly situated employees, :
: Civil Action No. 2:17-423 AJS
Plaintiff, :
:
v. : Electronically Filed
:
NORWIN TECHNOLOGIES, :
:
Defendant. :
:
----------------------------------------------------------- x

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

On this **13th** day of **March**, 2018, the Court considered Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs. Having considered the motion, the Court is of the opinion that it should be GRANTED. Attorneys' fees are awarded in the amount of Forty-Six Thousand Six Hundred Twenty Dollars ($46,620.00), and the payment of out-of-pocket costs incurred by Class Counsel of $3,845.00.

Dated: **March 13**, 2018

BY THE COURT,

_____
Hon. Arthur J. Schwab, U.S.D.J.